## DUNBAR v. HANCOCK et al.

GILBERT, J.  The controlling question in this case is whether the court erred in ordering the consolidation of (1) an equitable proceeding brought by O. C. Hancock against J. A. Smith and S. D. Smith, in which an accounting of a partnership business and a receiver were sought; (2) a claim case in which R. E. Dunbar is plaintiff in fi. fa., J. A. Smith defendant in fi. fa., and O. C. Hancock claimant; and (3) a garnishment proceeding in which R. E. Dunbar is plaintiff, J. A. Smith defendant, and Culver Aultman garnishee, O. C. Hancock having dissolved the garnishment as a claimant of the property impounded.  R. E. Dunbar demurred to the petition for consolidation. The equitable proceeding, as shown by the pleadings, made no reference to any matter in issue in either claim case.  There was no matter in issue in either of the claim cases that could affect in any way the result in the equitable proceeding.  *Held*, that the court erred in overruling the demurrer to the petition for consolidation, and in ordering the cases consolidated.  *Portwood* v. *Huntress*, 113 *Ga.* 815 (39 S. E. 299).  *Judgment reversed.  All the Justices concur.*

No. 5523.  DECEMBER 18, 1926.

Injunction, etc.  Before Judge Malcolm D. Jones.  Houston superior court.  June 4, 1926.

*Walter DeFore* and *James C. Estes,* for plaintiff in error.
*Jones, Park & Johnston* and *R. D. Feagin,* contra.

---

Actions, 1 C. J. p. 1128, n. 58.

---

## ROSE BROTHERS & COMPANY v. HARRELL.

BECK, P. J.·  1. In view of the rulings made in the decision of this case when it was first before this court (157 *Ga.* 640, 122 S. E. 240), and the judgment of reversal upon the ground that the court erred in directing a nonsuit, the court did not err in refusing a new trial upon the ground that the evidence did not support the verdict.

2. While there may be some inaccuracies in the charge, the court's charge upon the controlling issue contained proper instructions to the jury.
*Judgment affirmed.  All the Justices concur.*

No. 5622.  DECEMBER 18, 1926.

Equitable petition.  Before Judge Hutcheson.  DeKalb superior court.  July 31, 1926.

*Branch & Howard* and *Bond Almand,* for plaintiffs in error.
*Carl T. Hudgins,* contra.

---

New Trial, 29 Cyc. p. 833, n. 61.